UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENTREPRENEURS OPPORTUNITIES LLC, a Delaware limited liability company; and DOES 1-10,<br><br>Defendants. | CASE NO. 8:17−cv−01341−JVS−KES<br><br>**JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT ENTREPRENEURS OPPORTUNITIES LLC** |

For the reasons set forth in the Court's prior rulings (*see* Dkt. Nos. 20, 23) on Plaintiff's motions for default judgment and related relief, the Court hereby enters **JUDGMENT** and a **PERMANENT INJUNCTION** against Defendant Entrepreneurs Opportunities LLC ("Defendant"), and **ORDERS** as follows:

I. <u>**JUDGMENT**</u>

Judgment is entered in favor of plaintiff Entrepreneur Media, Inc. ("EMI") on all claims asserted in the Complaint (*see* Dkt. No. 1), and the Court hereby **FINDS** that Defendant's conduct constitutes:

1. Trademark infringement in violation of 15 U.S.C. § 1114;
2. False designation of origin and false representation of association in violation of 15 U.S.C. § 1125(a);
3. Common law trademark infringement under California law; and,
4. Common law unfair competition under California law.

II. <u>**PERMANENT INJUNCTION**</u>

A. Defendant, and its principals, officers, directors, members, partners, agents, servants, employees, and attorneys, and all other persons acting in concert or participating with them, who receive actual notice of the injunction by personal or other service, are hereby **PERMANENTLY ENJOINED** and shall immediately:

    i. cease all use and never use the ENTREPRENEURS OPPORTUNITIES mark, the EMI Marks, or any other mark likely to cause confusion with the EMI Marks, in connection with the promotion, advertising, offering for sale, or sale, of any products or services;

    ii. never use any false designation of origin, false representation, or any false or misleading description of fact, that can, or is likely to, lead the consuming public or individual members thereof, to believe that any products or services produced,

|   |   |   |
|---|---|---|
| 1 |   | offered, promoted, marketed, advertised, provided, or sold by |
| 2 |   | Defendant is in any manner associated or connected with EMI, |
| 3 |   | or are licensed, approved, or authorized in any way by EMI; |
| 4 | iii. | never represent, suggest in any fashion to any third party, or |
| 5 |   | perform any act that may give rise to the belief, that Defendant, |
| 6 |   | or any of its goods or services, are related to, authorized, or |
| 7 |   | sponsored by EMI; |
| 8 | iv. | cease all use of the *entrepreneursopportunities.com* domain |
| 9 |   | name and any similar domain names, and never register any |
| 10 |   | domain names that contain any of the EMI Marks, or any |
| 11 |   | domain names confusingly similar to any of the EMI Marks; |
| 12 | v. | transfer to EMI all domain names, including but not limited to |
| 13 |   | *entrepreneursopportunities.com*, in Defendant's possession, |
| 14 |   | custody, or control that include the word "entrepreneur" or any |
| 15 |   | misspelling thereof, or are otherwise confusingly similar to or |
| 16 |   | contain any of the EMI Marks; |
| 17 | vi. | never unfairly compete with EMI in any manner whatsoever, or |
| 18 |   | engage in any unfair, fraudulent, or deceptive business practices |
| 19 |   | that relate in any way to the production, distribution, marketing, |
| 20 |   | and/or sale of products and services bearing any of the EMI |
| 21 |   | Marks; and |
| 22 | vii. | never apply for or seek to register any mark that is likely to |
| 23 |   | cause confusion with any of the EMI Marks. |

B. To give practical effect to the Injunction, the Registrar for any domain name subject to this Judgment shall, within fourteen (14) days of receipt of this Judgment, transfer those subject domain names to EMI if Defendant has not already done so.

C. Defendant shall file with the Court and serve upon EMI's counsel,

within thirty (30) days after service of this Judgment, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the Injunction.

### III. ATTORNEYS' FEES AND COSTS

The Court **FINDS** that this is an exceptional case pursuant to 15 U.S.C. § 1117(a) due to Defendant's willful, intentional, and malicious conduct, and awards EMI $5,000 in attorneys' fees and $2,158.24 in costs, for a total award of $7,158.24, for which let execution issue.

### IV. RETENTION OF JURISDICTION

This Court shall retain jurisdiction of this matter in law and equity for purposes of enforcing and/or adjudicating claims of violations of this Judgment and Permanent Injunction.

### V. DOE DEFENDANTS

The Doe Defendants 1-10 are hereby dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: April 03, 2018

_____
Honorable James V. Selna
United States District Judge